UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for M&T BANK

Case No: 21-19002 CMG

Chapter: 13

Judge: Christine M. Gravelle

In Re:
Maryann T. Kojsza fdba C&M Auto Body fdba C&M Kojsza fdba C&M Enterprises aka Mary Ann T. Kojsza

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T BANK. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 12/03/2021

/s/ *Denise Carlon*
Denise Carlon
03 Dec 2021, 12:36:17, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: ecfb1bd71421c8c3b70aeb6aab2185323b97c9831b4066fb7034fd496eefbcf6