Certificate Number: 03088-NJ-DE-036187823

Bankruptcy Case Number: 21-19002



03088-NJ-DE-036187823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 7, 2021</u>, at <u>2:54</u> o'clock <u>PM CST</u>, <u>Maryann T Kojsza</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>December 7, 2021</u>          By:    <u>/s/Doug Tonne</u>

                                      Name:  <u>Doug Tonne</u>

                                      Title:  <u>Counselor</u>