Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022  
**Chapter 13 Case No. 21-19002 / CMG**

Maryann T. Kojsza

Petition Filed Date: 11/22/2021  
341 Hearing Date: 12/23/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/02/2021 | $175.00 | 81168170 | 12/29/2021 | $175.00 | 81738850 | 01/31/2022 | $175.00 | 82433280 |

**Total Receipts for the Period: $525.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $525.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Maryann T. Kojsza | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq.<br>»» AMENDED DISCLOSURE 11/23/21 | Attorney Fees<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,991.22 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $9,745.96 | $0.00 | $0.00 |
| 3 | M&T Bank<br>»» P/2C TEXAS CT UNIT 22/1ST MTG | Mortgage Arrears | $73.90 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,449.44 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-19002 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $525.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $175.00 |
| Paid to Trustee: | $44.10 | Arrearages: | $0.00 |
| Funds on Hand: | $480.90 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

