Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−19002−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Maryann T. Kojsza
aka Mary Ann T. Kojsza, fdba C&M
Kojsza, fdba C&M Auto Body, fdba C&M
Enterprises
2C Texas Court
Matawan, NJ 07747

Social Security No.:
xxx−xx−1310

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 7, 2022.

Dated: February 7, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 21-19002-CMG
Maryann T. Kojsza                                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                   User: admin                                Page 1 of 3
Date Rcvd: Feb 07, 2022           Form ID: plncf13                          Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryann T. Kojsza, 2C Texas Court, Matawan, NJ 07747-4436 |
| 519444032 | | Alteon Health, PO Box 25526, Belfast, ME 04915-2006 |
| 519444033 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519455862 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519444035 | + | Bushwick Realty, 29 West 30th Street, 10th Floor, New York, NY 10001-4461 |
| 519444036 | + | C&M Kojsza Inc., 707 Locust St, Union Beach, NJ 07735-1750 |
| 519444043 | + | HMH-Bayshore Med Center, Att: Patient Billing, 727 N Beers St, Holmdel, NJ 07733-1514 |
| 519444041 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519444042 | | Hackensack Meridian Health, PO Box 95000-4105, Philadelphia, PA 19195-0001 |
| 519444047 | | Jersey Central Power & Light, 76 S. Main Street, Akron, OH 44308-1890 |
| 519444049 | | MetaBank, PO Box 927830, San Diego, CA 92192-7830 |
| 519444052 | | NJ Div of Revenue Enterprise Services, PO Box 628, Trenton, NJ 08625-0628 |
| 519444050 | + | Naylors Auto Parts, 137 First Avenue, Atlantic Highlands, NJ 07716-1237 |
| 519444051 | + | New Jersey Natural Gas, 1415 Wyckoff Road, PO Box 1464, Wall, NJ 07719-1464 |
| 519444054 | + | Pioneer Credit Recovery, PO Box 308, Perry, NY 14530-0308 |
| 519444056 | | Shore Heart Group, 1820 Route 33, Neptune, NJ 07753-4860 |
| 519444058 | | State of NJ Div of Tax, Att: Compliance & Enforcement - Bkcy, 50 Barrack St, 9th Floor, PO Box 112, Trenton, NJ 08695-0269 |
| 519444057 | | State of New Jersey, c/o Financial Asset Managment Systems, PO Box 1729, Woodstock, GA 30188-1394 |
| 519444059 | | Sunrise Credit Services, Box 9100, Farmingdale, NY 11735-9100 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519444034 | + | Email/Text: bankruptcyletters@hackensackmeridian.org | Feb 07 2022 20:36:00 | Bayshore Community Hospital, 727 N Beers Street, Holmdel, NJ 07733-1598 |
| 519444037 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2022 20:34:59 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519452099 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2022 20:35:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519444038 | | Email/PDF: gecsedi@recoverycorp.com | Feb 07 2022 20:35:05 | Care Credit/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 519444039 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 07 2022 20:35:01 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519444040 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 07 2022 20:35:06 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |

Case 21-19002-CMG   Doc 19   Filed 02/09/22   Entered 02/10/22 00:13:02   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: plncf13 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519444045 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2022 20:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519489239 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2022 20:34:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519482274 | | Email/Text: camanagement@mtb.com | Feb 07 2022 20:35:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519444048 | | Email/Text: camanagement@mtb.com | Feb 07 2022 20:35:00 | M&T Bank, Consumer Credit Servicing, Att: Bankruptcy, PO Box 767, Buffalo, NY 14240 |
| 519444053 | | Email/Text: bcwrtoff@cablevision.com | Feb 07 2022 20:36:00 | Optimum, 1111 Stewart Avenue, Bethpage, NY 11714-3581 |
| 519444055 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 07 2022 20:35:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 519446854 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 07 2022 20:35:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519444060 | | Email/Text: blindsay@transcontinentalcredit.com | Feb 07 2022 20:35:00 | Trans-Continental Credit & Collection, 200 East Post Road, Suite 130, White Plains, NY 10601 |
| 519444061 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 07 2022 20:35:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |
| 519444062 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 07 2022 20:35:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950-0250 |
| 519444063 | + | Email/Text: BKRMailOps@weltman.com | Feb 07 2022 20:36:00 | Weltman, Weinberg & Reis Co., 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519444046 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Ogden, UT 84201-0039 |
| 519444044 | * | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2022            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: plncf13 | Total Noticed: 38 |

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren Brumel
    on behalf of Debtor Maryann T. Kojsza wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 4