Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−19002−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maryann T. Kojsza
  aka Mary Ann T. Kojsza, fdba C&M
  Kojsza, fdba C&M Auto Body, fdba C&M
  Enterprises
  2C Texas Court
  Matawan, NJ 07747

Social Security No.:
  xxx−xx−1310

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 23, 2023.


Dated: March 23, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Maryann T. Kojsza  
    Debtor

Case No. 21-19002-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 23, 2023      Form ID: plncf13      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryann T. Kojsza, 2C Texas Court, Matawan, NJ 07747-4436 |
| 519444032 | | Alteon Health, PO Box 25526, Belfast, ME 04915-2006 |
| 519444035 | + | Bushwick Realty, 29 West 30th Street, 10th Floor, New York, NY 10001-4461 |
| 519444036 | + | C&M Kojsza Inc., 707 Locust St, Union Beach, NJ 07735-1750 |
| 519444043 | + | HMH-Bayshore Med Center, Att: Patient Billing, 727 N Beers St, Holmdel, NJ 07733-1514 |
| 519444041 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519444042 | | Hackensack Meridian Health, PO Box 95000-4105, Philadelphia, PA 19195-0001 |
| 519444047 | | Jersey Central Power & Light, 76 S. Main Street, Akron, OH 44308-1890 |
| 519444049 | | MetaBank, PO Box 927830, San Diego, CA 92192-7830 |
| 519444052 | | NJ Div of Revenue Enterprise Services, PO Box 628, Trenton, NJ 08625-0628 |
| 519444050 | + | Naylors Auto Parts, 137 First Avenue, Atlantic Highlands, NJ 07716-1237 |
| 519444051 | + | New Jersey Natural Gas, 1415 Wyckoff Road, PO Box 1464, Wall, NJ 07719-1464 |
| 519444054 | + | Pioneer Credit Recovery, PO Box 308, Perry, NY 14530-0308 |
| 519444056 | | Shore Heart Group, 1820 Route 33, Neptune, NJ 07753-4860 |
| 519444058 | | State of NJ Div of Tax, Att: Compliance & Enforcement - Bkcy, 50 Barrack St, 9th Floor, PO Box 112, Trenton, NJ 08695-0269 |
| 519517329 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519444057 | | State of New Jersey, c/o Financial Asset Managment Systems, PO Box 1729, Woodstock, GA 30188-1394 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519444033 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 23 2023 20:40:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519455862 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 23 2023 20:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519444034 | + | Email/Text: bankruptcyletters@hackensackmeridian.org | Mar 23 2023 20:41:00 | Bayshore Community Hospital, 727 N Beers Street, Holmdel, NJ 07733-1598 |
| 519444037 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 23 2023 20:44:55 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519452099 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 23 2023 20:44:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519444038 | | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2023 20:44:56 | Care Credit/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 519444039 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 23 2023 20:44:59 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

Case 21-19002-CMG    Doc 33    Filed 03/25/23    Entered 03/26/23 00:15:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: plncf13 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519444040 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 23 2023 20:45:09 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519444045 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2023 20:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519489239 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 20:45:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519482274 | | Email/Text: camanagement@mtb.com | Mar 23 2023 20:41:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519444048 | | Email/Text: camanagement@mtb.com | Mar 23 2023 20:41:00 | M&T Bank, Consumer Credit Servicing, Att: Bankruptcy, PO Box 767, Buffalo, NY 14240 |
| 519444053 | | Email/Text: bcwrtoff@cablevision.com | Mar 23 2023 20:41:00 | Optimum, 1111 Stewart Avenue, Bethpage, NY 11714-3581 |
| 519444055 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 23 2023 20:40:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 519444059 | | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 23 2023 20:41:00 | Sunrise Credit Services, Box 9100, Farmingdale, NY 11735-9100 |
| 519446854 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2023 20:45:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519444060 | | Email/Text: blindsay@transcontinentalcredit.com | Mar 23 2023 20:41:00 | Trans-Continental Credit & Collection, 200 East Post Road, Suite 130, White Plains, NY 10601 |
| 519444061 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 23 2023 20:40:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |
| 519444062 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 23 2023 20:40:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950-0250 |
| 519444063 | + | Email/Text: BKRMailOps@weltman.com | Mar 23 2023 20:41:00 | Weltman, Weinberg & Reis Co., 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519444046 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Ogden, UT 84201-0039 |
| 519444044 | * | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2023            Signature:      /s/Gustava Winters

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: plncf13 | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Maryann T. Kojsza wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 4