UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. #018191980
Attorney for Debtor
PO Box 181
Keyport, NJ 07735
732-264-3400

In Re:

MARYANN T. KOJSZA

Case No.: 21-19002

Chapter: 13

Judge: CMG

## NOTICE OF DEATH OR
## FINDING OF INCOMPETENCY OF A DEBTOR

I, _____Lori Wolf_____, am the

☒ Executor (select if appointed by a will)

☐ Administrator (select if no will and appointed by a probate court)

of the estate of _____ (name of debtor),

☐ Other (identify relationship to debtor) _____,

and hereby certify as follows:

1. Debtor, Maryann T. Kojsza (name of debtor),

   ☒ died on 03/22/2024 (date).

   ☐ was declared legally incompetent on _____ (date) by _____
   _____ (insert appropriate court).

**IMPORTANT: PLEASE DO NOT INCLUDE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP WHEN E-FILING THIS FORM. ENTER THE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP SEPARATELY, AS INSTRUCTED IN CM/ECF.**

2. The debtor's legal representative is ___Lori Wolf, Executor___
   60 Franklin Ave, Hazlet, NJ 07730
   _____ (if known, include title and contact information).

3. I do ☒ / do not ☐ have knowledge of the debtor's assets and liabilities, and financial aspects of the debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: 04/11/2024

Signature: *Lori Wolf*
Print name: Lori Wolf
Address: 60 Franklin Ave
         Hazlet, NJ 07730
Filed by: Warren Brumel, Esq.
          Attorney/Other

*rev.2/5/2024*