Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−19002−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maryann T. Kojsza
   aka Mary Ann T. Kojsza, fdba C&M
   Kojsza, fdba C&M Auto Body, fdba C&M
   Enterprises
   2C Texas Court
   Matawan, NJ 07747

Social Security No.:
   xxx−xx−1310

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/7/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 7, 2024
JAN: rms

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 21-19002-CMG
Maryann T. Kojsza     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Aug 07, 2024     Form ID: 148     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryann T. Kojsza, 2C Texas Court, Matawan, NJ 07747-4436 |
| 519444032 | | Alteon Health, PO Box 25526, Belfast, ME 04915-2006 |
| 519444035 | + | Bushwick Realty, 29 West 30th Street, 10th Floor, New York, NY 10001-4461 |
| 519444036 | + | C&M Kojsza Inc., 707 Locust St, Union Beach, NJ 07735-1750 |
| 519444043 | + | HMH-Bayshore Med Center, Att: Patient Billing, 727 N Beers St, Holmdel, NJ 07733-1514 |
| 519444041 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519444042 | | Hackensack Meridian Health, PO Box 95000-4105, Philadelphia, PA 19195-0001 |
| 519444049 | | MetaBank, PO Box 927830, San Diego, CA 92192-7830 |
| 519444052 | | NJ Div of Revenue Enterprise Services, PO Box 628, Trenton, NJ 08625-0628 |
| 519444050 | + | Naylors Auto Parts, 137 First Avenue, Atlantic Highlands, NJ 07716-1237 |
| 519444051 | + | New Jersey Natural Gas, 1415 Wyckoff Road, PO Box 1464, Wall, NJ 07719-1464 |
| 519444056 | | Shore Heart Group, 1820 Route 33, Neptune, NJ 07753-4860 |
| 519444058 | | State of NJ Div of Tax, Att: Compliance & Enforcement - Bkcy, 50 Barrack St, 9th Floor, PO Box 112, Trenton, NJ 08695-0269 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2024 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2024 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519444033 | | EDI: BANKAMER | Aug 08 2024 00:22:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519455862 | | EDI: BANKAMER | Aug 08 2024 00:22:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519444034 | + | Email/Text: bankruptcyletters@hackensackmeridian.org | Aug 07 2024 20:36:00 | Bayshore Community Hospital, 727 N Beers Street, Holmdel, NJ 07733-1598 |
| 519444037 | | EDI: CAPITALONE.COM | Aug 08 2024 00:22:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519452099 | + | EDI: AIS.COM | Aug 08 2024 00:22:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519444038 | | EDI: SYNC | Aug 08 2024 00:22:00 | Care Credit/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 519444039 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2024 20:37:56 | Credit One Bank, PO Box 98873, Las Vegas, NV |

Case 21-19002-CMG   Doc 42   Filed 08/09/24   Entered 08/10/24 00:15:14   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: 148 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 89193-8873 |
| 519444040 | | EDI: AMINFOFP.COM | Aug 08 2024 00:22:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519444045 | | EDI: IRS.COM | Aug 08 2024 00:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519444047 | | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 07 2024 20:35:00 | Jersey Central Power & Light, 76 S. Main Street, Akron, OH 44308-1890 |
| 519489239 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 20:37:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519482274 | | Email/Text: camanagement@mtb.com | Aug 07 2024 20:35:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519444048 | | Email/Text: camanagement@mtb.com | Aug 07 2024 20:35:00 | M&T Bank, Consumer Credit Servicing, Att: Bankruptcy, PO Box 767, Buffalo, NY 14240 |
| 519444053 | | Email/Text: bcwrtoff@cablevision.com | Aug 07 2024 20:36:00 | Optimum, 1111 Stewart Avenue, Bethpage, NY 11714-3581 |
| 519444055 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2024 20:35:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 519517329 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 07 2024 20:35:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519444057 | | Email/Text: client.services@fams.net | Aug 07 2024 20:35:00 | State of New Jersey, c/o Financial Asset Managment Systems, PO Box 1729, Woodstock, GA 30188-1394 |
| 519444059 | | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 07 2024 20:35:00 | Sunrise Credit Services, Box 9100, Farmingdale, NY 11735-9100 |
| 519446854 | ^ | MEBN | Aug 07 2024 20:32:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519444060 | | Email/Text: blindsay@transcontinentalcredit.com | Aug 07 2024 20:35:00 | Trans-Continental Credit & Collection, 200 East Post Road, Suite 130, White Plains, NY 10601 |
| 519444061 | + | EDI: VERIZONCOMB.COM | Aug 08 2024 00:22:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |
| 519444062 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 07 2024 20:35:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950-0250 |
| 519444063 | + | Email/Text: BKRMailOps@weltman.com | Aug 07 2024 20:36:00 | Weltman, Weinberg & Reis Co., 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519444046 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Ogden, UT 84201-0039 |
| 519444044 | * | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |
| 519444054 | ##+ | Pioneer Credit Recovery, PO Box 308, Perry, NY 14530-0308 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 07, 2024 | Form ID: 148 | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Maryann T. Kojsza wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 5